UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADAIR MARIE ROSE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | No.  2:13-CV-0337-JTR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 20. Attorney Dana Chris Madsen represents Plaintiff; Special Assistant United States Attorney Richard M. Rodriguez represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 7.  After considering the file, and proposed order,

**IT IS ORDERED:**

1.     The parties' Stipulated Motion For Remand, **ECF No. 20**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) shall hold a new hearing and:  (1) reevaluate Plaintiff's mental impairment(s), to include further development of the record including (a) sending interrogatories to Timothy

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 1

Gardner, M.D., regarding any mental health limitations during the relevant time period if possible, and (b) seeking further clarification from a psychological expert regarding any mental health limitations during the relevant period; (2) seek further clarification from a medical expert as to any possible functional limitations resulting from fatigue during the relevant period if necessary; (3) further evaluate the additional evidence submitted to the Appeals Council, including the opinions of Dr. Gardner; John Arnold, Ph.D.; and Andrew Forsyth, Ph.D.; (4) further evaluate Plaintiff's residual functional capacity in light of the expanded record; (5) further evaluate Plaintiff's subjective complaints pursuant to SSR 96-7p; and (6) obtain vocational expert evidence at steps four and five of the sequential evaluation process if necessary.  The ALJ will take any other actions necessary to develop the record, and Plaintiff may submit additional evidence and arguments to the ALJ.

2.	Judgment shall be entered for **PLAINTIFF**.

3.	Plaintiff's Motion for Summary Judgment, **ECF No. 15**, is **STRICKEN AS MOOT**.

4.	An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED May 23, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 2